1  Louis Rukavina, P.S.
   421 W. Riverside, Suite 1015
2  Spokane, Washington  99201
   (509) 459-3200
3  Fax (509) 458-3813

4  Attorney for Plaintiffs

5                                           HONORABLE LONNY R. SUKO

6

7
                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE EASTERN DISTRICT OF WASHINGTON
                              AT SPOKANE
9

10

11 | MARIANNE ZELINSKI, an individual,    )
   |                                       )   NO.  CV-06-056-LRS
12 |                Plaintiff,             )
   |                                       )
13 |      vs.                              )   ORDER
   |                                       )   GRANTING DISMISSAL
14 | ADDUS HEALTHCARE, INC., an            )   WITH PREJUDICE
   | Illinois corporation,                 )
15 |                                       )
   |                Defendant.             )
16 |_____)

17
         Pursuant to the stipulation of the parties, and upon the records and files herein,
18
         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled
19
   action is reasonable and that this action is therefore and hereby dismissed with prejudice and
20
   without costs to the parties herein.
21
         DONE IN OPEN COURT this  25th  day of  August, 2006.
22

23

24                                        s/Lonny R. Suko
                                          _____
25                                        THE HONORABLE LONNY R. SUKO

26

27

28 ORDER GRANTING DISMISSAL - 1                          LOUIS RUKAVINA, P.S.
                                                         421 W. Riverside, Suite 1015
                                                         Spokane, Washington  99201
                                                         (509) 459-3200

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | LOUIS RUKAVINA, P.S. |
| 4 | |
| 5 | *s/Louis Rukavina*<br>Louis Rukavina, WSBA #10805 |
| 6 | 421 W. Riverside, Suite 1015<br>Spokane, WA   99201 |
| 7 | Telephone:     (509) 459-3200<br>Facsimile:       (509) 458-3813 |
| 8 | Email: lr@rukavinalaw.com |
| 9 | |
| 10 | |
| 11 | THE BLANKENSHIP LAW FIRM, P.S. |
| 12 | *s/Scott C.G. Blankenship* |
| 13 | Scott C. G. Blankenship<br>1201 Third Ave., Suite 2880 |
| 14 | Seattle, WA   98101<br>Telephone:     (206) 343-2700 |
| 15 | Facsimile:       (206) 343-2704<br>Email:   sblankenship@blankenshiplawfirm.com |

ORDER GRANTING DISMISSAL - 2

LOUIS RUKAVINA, P.S.
421 W. Riverside, Suite 1015
Spokane, Washington   99201
(509) 459-3200